## Ralph E. Mariott, Appellant, v. Chesapeake & Ohio Railway Company, Appellee.

### Gen. No. 47,372.

First District, Third Division.

June 4, 1958.

Released for publication July 18, 1958.

Walter N. Murray, and John J. Naughton (Henslee, Monek & Murray, of counsel) for appellant; Erwin W. Roemer (Joseph P. Carr, of counsel) for defendant-appellee. Opinion by JUSTICE BRYANT. Not to be published in full.